**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

SANDRA RIVERS,

                Plaintiff,                              21 **CIVIL** 820 (JCM)

      -v-                                                **<u>JUDGMENT</u>**

KILOLO KIJAZAKI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 22, 2022, Plaintiff's motion is granted in part and denied in part, Defendant's cross-motion is denied, and the case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Opinion and Order; accordingly, the case is closed.

**Dated:**  New York, New York
         July 22, 2022

                                                                      **RUBY J. KRAJICK**

                                                                         **Clerk of Court**

                                  **BY:**      *K. Mango*

                                                                          **Deputy Clerk**